# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0006. WILLIS INSURANCE SERVICES OF GEORGIA, INC. et al. v. HARTMAN, et al.

Willis Insurance Services of Georgia, Inc. and Willis of Tennessee, Inc. (collectively "Willis") filed an application for discretionary appeal of the trial court's August 3, 2018 order granting the plaintiffs' "Motion for Temporary Restraining Order" as it relates to Plaintiff Brett Hartman, which this Court granted by order dated August 20, 2018. Willis also filed a contemporaneous motion for emergency relief seeking to suspend enforcement of the trial court's August 3, 2018 order and to stay the proceedings in the superior court as they relate to Hartman pending the outcome of Willis' appeal. As set forth in Court of Appeals Rule 40 (b), this Court has the inherent power to "issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Having considered Willis' motion and determined that an order of supersedeas is necessary to prevent the appeal from becoming moot, the motion is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*